Certificate Number: 01401-VAW-CC-001543068

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 7, 2007, at 3:26 o'clock PM EST, Frank D Dombrowski received from GreenPath Debt Solutions, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Virginia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: March 7, 2007

By /s/Holli Bratt for Rachel Ostroski

Name Rachel Ostroski

Title Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).