UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:   FRANK THOMAS DOMBROWSKI          CHAPTER 13
                                          CASE NO. 07-61223

Debtor(s)

**REVISED ORDER**

AND NOW, upon consideration of Debtor's Application for an Additional Extension of Time to File FORM 22 CURRENT MONTHLY INCOME, SCHEDULES A THROUGH J, SUMMARY, DISCLOSURE OF COMPENSATION, STATEMENT OF FINANCIAL AFFAIRS, and CHAPTER 13 PLAN, it is hereby ORDERED and DECREED that said Application is GRANTED.  Debtor shall have until **Friday, July 27, 2007**, to file all remaining FORM 22 CURRENT MONTHLY INCOME, SCHEDULES A THROUGH J, SUMMARY, DISCLOSURE OF COMPENSATION, STATEMENT OF FINANCIAL AFFAIRS, and CHAPTER 13 PLAN.

Dated: July 19, 2007

_____
U.S. Bankruptcy Judge

I ask for this:

/s/ David Cox
_____

David Cox
Counsel for Debtor(s)


Seen:


 _/s/ Herbert Beskin___
Herbert Beskin
Chapter 13 Trustee