UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG VIRGINIA

IN RE:    Frank Thomas Dombrowski    CHAPTER 13
CASE NO. **07-61223**

**NOTICE AND OPPORTUNITY FOR HEARING
REGARDING DEBTORS' PROPOSED ADEQUATE PROTECTION PAYMENTS
PURSUANT TO WESTERN DISTRICT BANKRUPTCY STANDING ORDER #9**

The Debtor(s), by Counsel, state as follows:

1. On **July 03, 2007**, the Debtor(s) filed in this Court a Petition under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor(s)' proposed Chapter 13 Plan dated **July 26, 2007,** proposes that the Chapter 13 Trustee make monthly adequate protection payments in the following amounts beginning in the first month of the proposed plan.

| Creditor | Monthly Payment Amount |
|---|---|
| **Melody Frazier/Frazier Inc.** | **$168.31** |
|  |  |
|  |  |
|  |  |

3. The proposed adequate protection payment(s) are less than the regular contractual payment(s) due to the secured creditor(s) noted above.

David Cox
David Wright
Janice Hansen
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600
434-845-0727 fax

    4. Pursuant to STANDING ORDER #9 entered 12/15/06 by the Chief Judge of the Bankruptcy Court for the Western District of Virginia, the secured creditor(s) named above have 15 days from the date of the service of this notice, as noted in the certificate of service herein, to file an objection to said notice with the *United States Bankruptcy Court, 1101 Court Street, Lynchburg, Virginia 24505* and serve a copy of the same upon the Counsel for the Debtor(s) at the address given below

**WHEREFORE,** your Debtor(s) notice the creditor that unless the creditor objects, and sets that objection for hearing, to the Proposed Adequate Protection Payment within 15 days of date of service of this Notice, the creditor is deemed pursuant to Local Standing Order No. 9 to have stipulated its agreement to the payments provided in this notice and the Trustee is authorized to begin disbursements once a claim has been filed.

Respectfully Submitted

By: /s/ Janice Hansen
     Counsel

## CERTIFICATE OF SERVICE

I hereby, certify that I have this date mailed a true copy of the foregoing pleading to all affected creditors in compliance with Bankruptcy Rule 7004(b), (c), or (h), as applicable, including:

**Melody Frazier/Frazier Inc.**
**125 E Culpeper Street**
**Culpeper, VA 22701**

DATED:    7/30/07    /s/   Janice Hansen
                                              Counsel for Debtor(s)

David Cox
David Wright
Janice Hansen
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600
434-845-0727 fax