**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| In re:  FRANK THOMAS DOMBROWSKI | CASE NO. 07-61223-WA3-13 |
|---|---|
| DEBTOR(S) | CHAPTER 13 |
| SUNTRUST MORTGAGE, INC.  MOVANT(S)  v.  PAMELA S. DOMBROWSKI, CO-DEBTOR  RESPONDENT(S) |  |

**ORDER**

Pursuant to §1301, the above-numbered motion of the creditor was filed on **August 10, 2007** for relief from the co-debtor(s)' stay as to the debtor(s) or co-debtor(s), and such parties shall file in accordance with §1301(d) and serve upon counsel for the creditor written objections within twenty (20) days from the above date; and failure to so do as provided in said section, relief shall be granted without further notice, hearing or order at the conclusion of the twenty (20) day period. If objections are filed, the same shall be heard, pursuant to the notice given, on **September 17, 2007** at **9:30 AM** in **US Courthouse, Room 200, 255 W. Main Street, Charlottesville, Virginia  22901**. Absent any objections, the hearing scheduled as above shall be canceled and stricken from the docket.

The Clerk shall mail a copy of this Order to the debtor(s); counsel for debtor(s)/defendant(s); co-debtor(s); counsel for movant(s); trustee; and U.S. Trustee.

**ENTER:  August 13, 2007**

**WILLIAM E. ANDERSON, JUDGE**

oocsa.frm

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0423-6          User: adamsm              Page 1 of 1           Date Rcvd: Aug 13, 2007
Case: 07-61223                Form ID: pdf003           Total Served: 2
```

The following entities were served by first class mail on Aug 15, 2007.
db          +Frank Thomas Dombrowski,   15161 Montanus Drive,   Culpeper, VA 22701-1679
            +Pamela S. Dombrowski,   206 Great Run Lane,   Radiant, VA 22732-3242

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 15, 2007**                                   **Signature:** _Joseph Speetjens_