**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **FRANK THOMAS DOMBROWSKI** | CASE NO: **07-61223** |
| **SS# -XXX-XX-4243** | |
| Debtor(s) | |

**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE
(Direct Payment From Debtor)**

The above-named debtor(s) filed a Chapter 13 petition on **JULY 3, 2007**, thereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

That **FRANK THOMAS DOMBROWSKI**, Debtor(s), are hereby directed to pay unto the duly appointed Trustee, and with all payments made to, ***HERBERT L. BESKIN, TRUSTEE, P.O. BOX 1961, MEMPHIS, TN 38101-1961, (434) 817-9913***, commencing with the next pay period, the sum of **$500.00/MONTHLY.**

If this order is directing payment herein to be made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

DATED: August 30, 2007

Prepared by:
/s/ David Cox
David Cox
David Wright
Cox Law Group, PLLC

_____
William E. Anderson
U. S. Bankruptcy Judge

*PLEASE INCLUDE DEBTOR'S CASE NUMBER ON ALL PAYMENTS*

Form T-1