**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

IN RE:  CHAPTER 13
**FRANK THOMAS DOMBROWSKI**  CASE NO: **07-61223**
**SS# -XXX-XX-4243**
      Debtor(s)

**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE
(Direct Payment From Debtor)**

The above-named debtor(s) filed a Chapter 13 petition on **JULY 3, 2007**, thereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

That **FRANK THOMAS DOMBROWSKI**, Debtor(s), are hereby directed to pay unto the duly appointed Trustee, and with all payments made to, ***HERBERT L. BESKIN, TRUSTEE, P.O. BOX 1961, MEMPHIS, TN 38101-1961, (434) 817-9913***, commencing with the next pay period, the sum of **$500.00/MONTHLY.**

If this order is directing payment herein to be made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

DATED: August 30, 2007

Prepared by:
/s/ David Cox
David Cox
David Wright
Cox Law Group, PLLC

_____
William E. Anderson
U. S. Bankruptcy Judge

*PLEASE INCLUDE DEBTOR'S CASE NUMBER ON ALL PAYMENTS*

Form T-1

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0423-6            User: adamsm               Page 1 of 1           Date Rcvd: Aug 30, 2007
Case: 07-61223                  Form ID: pdf003            Total Served: 1
```

The following entities were served by first class mail on Sep 01, 2007.
db         +Frank Thomas Dombrowski,   15161 Montanus Drive,   Culpeper, VA 22701-1679

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 01, 2007**          **Signature:**  _Joseph Speetjens_