UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IN RE: FRANK T. DOMBROWSKI      CHAPTER 13
                                 CASE NO. 07-61223
        Debtor(s)

MOTION FOR APPROVAL OF THE TRANSFER OF REAL ESTATE

Comes now the Debtor(s), by Counsel, and makes application for approval and transfer of certain real property described as:

*A certain parcel of real property commonly known as 206 Great Run Lake, Radiant, VA;*

and in support thereof states as follows:

1. Debtor(s) filed for Chapter 13 Bankruptcy protection on ***July 3, 2007***. The Debtor's Chapter 13 Plan is scheduled for confirmation on ***September 17, 2007***.
2. The Debtors' proposed plan provides for the payment to unsecured creditors of ***5%***.
3. The Debtor(s) is requesting approval of the transfer of his interest to ***Mrs. Pamela S. Dombrowski*** pursuant to the terms of their Decree of Equitable Distribution.

WHEREFORE, your Debtor(s) makes this application to this Court for the approval and confirmation of the transfer of the real property described as:

*A certain parcel of real property commonly known as 206 Great Run Lake, Radiant, VA.*

Dated: 09/06/07

Respectfully submitted,
FRANK T. DOMBROWSKI

/s/ David Cox
Of Counsel

David Cox
David Wright
Janice Hansen
COX LAW GROUP, PLLC
Counsel for Debtor(s)
900 Lakeside Drive
Lynchburg, VA 24501

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

IN RE: FRANK T. DOMBROWSKI                    CHAPTER 13
                                              CASE NO. 07-61223
    Debtor(s)

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR APPROVAL OF**
**THE TRANSFER OF REAL ESTATE**

Please take notice that the above-named Debtor(s) have filed a Motion for Approval of the Transfer of Real Estate and Attorney Fee Application, a true copy of which are attached hereto, and shall submit the same to the Honorable Bankruptcy Judge, for approval and confirmation on *September 17, 2007, at 9:30 a.m.*, or as soon thereafter as the parties may be heard in the *U.S. Courthouse, 255 W. Main Street, Charlottesville VA 22901.*

Objections to said Petition for the Transfer of Real Estate and Attorney Fee Application must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor, no later than five days prior to the hearing date, in order to be heard on *September 17, 2007.*

I do hereby certify that a copy of the Notice and the Petition for the Transfer of Real Estate and Attorney Fee Application has been forwarded to all affected creditors on the after mentioned date.

Dated: 09/06/07

                                              /s/ David Cox
                                              Of Counsel

David Cox
David Wright
Janice Hansen
COX LAW GROUP, PLLC
Counsel for Debtors
900 Lakeside Drive
Lynchburg, VA 24501