**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

IN RE: FRANK T. DOMBROWSKI	CHAPTER 13
	Debtor	CASE NO. 07-61223

---

**ATTORNEY'S FEE APPLICATION**

Comes now the Debtor's Attorney, and makes application for additional Attorney's fees on the basis of the following information:

1. The Debtor(s) filed a bankruptcy petition before this Court on *July 3, 2007*, at which time the Debtor(s) executed a fee agreement whereby the Debtor's Attorney agreed to represent the Debtor for a set fee through confirmation. Specifically excluding other unanticipated litigation or motions.

2. That on *September 17, 2007*, the Debtor's Chapter 13 Plan is scheduled for confirmation.

3. That the Debtor(s) have requested that their Attorney file a Petition for the Transfer of Real Estate with this Court, which said Petition had to be noticed to creditors and prepared for hearing.

4. That the Debtor(s) agree that their Attorney is due additional fees in the amount of *$250.00* for the preparation of the Petition for the Transfer of Real Estate, Notice of Hearing and additional Attorney's Fee Application.

Therefore, the Debtor(s) and their Attorney hereby request the Court to enter an order confirming the additional Attorney's fees, and that said fees shall be paid direct by the Debtor(s).

Dated: 09/06/07	FRANK T. DOMBROWSKI

	/s/ David Cox
	Of Counsel

David Cox
David Wright
Janice Hansen
COX LAW GROUP, PLLC
Counsel for Debtors
900 Lakeside Drive
Lynchburg, VA 24501

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IN RE: FRANK T. DOMBROWSKI           CHAPTER 13
                                     CASE NO. 07-61223
       Debtor(s)

NOTICE OF HEARING ON DEBTOR'S MOTION FOR APPROVAL OF
THE TRANSFER OF REAL ESTATE

Please take notice that the above-named Debtor(s) have filed a Motion for Approval of the Transfer of Real Estate and Attorney Fee Application, a true copy of which are attached hereto, and shall submit the same to the Honorable Bankruptcy Judge, for approval and confirmation on *September 17, 2007, at 9:30 a.m.*, or as soon thereafter as the parties may be heard in the *U.S. Courthouse, 255 W. Main Street, Charlottesville VA 22901.*

Objections to said Petition for the Transfer of Real Estate and Attorney Fee Application must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor, no later than five days prior to the hearing date, in order to be heard on *September 17, 2007.*

I do hereby certify that a copy of the Notice and the Petition for the Transfer of Real Estate and Attorney Fee Application has been forwarded to all affected creditors on the after mentioned date.

Dated: 09/06/07

                                     /s/ David Cox
                                     Of Counsel

David Cox
David Wright
Janice Hansen
COX LAW GROUP, PLLC
Counsel for Debtors
900 Lakeside Drive
Lynchburg, VA 24501