UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IN RE: FRANK T. DOMBROWSKI          CHAPTER 13
                                                     CASE NO. 07-61223

      Debtor(s)

## MOTION TO SHORTEN TIME PERIOD

Comes now the Debtor(s), by Counsel, and moves the Court to shorten the time period for the Hearing on Debtor's *MOTION FOR APPROVAL OF THE TRANSFER OF REAL ESTATE and MOTION FOR ADDITIONAL ATTORNEY'S FEES* and in support of this motion states as follows:

1. That the Debtor(s) filed a Chapter 13 Bankruptcy on *July 3, 2007* and is scheduled for confirmation on *September 17, 2007*.

2. That the Debtor is requesting that he be allowed to transfer the real estate pursuant to the terms of the property settlement agreement.

Wherefore, the Debtor(s) move the Court to reduce the time period necessary for the hearing on this motion from 20 days to 11 days.

                                                     FRANK T. DOMBROWSKI

                                                     /s/ David Cox
                                                     Of Counsel

David Cox
David Wright
Janice Hansen
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
(434) 845-2600