MISCELLANEOUS COURT PROCEEDING MEMO

DATE: 9/17/07
TIME: 9:30 AM
DOCKET #: 22
CASE #: 07-61223-WA3-13 X
IN RE: DOMBROWSKI, FRANK T. PRESENT: ✓
COUNSEL FOR DEBTOR(S): COX PRESENT: ✓
TRUSTEE: BESKIN PRESENT: ✓

TYPE OF HEARING: TRUSTEE'S SHOW CAUSE ON DISMISSAL

OTHER PARTIES IN INTEREST:

| CREDITOR: | COUNSEL FOR CREDITOR: | YES | NO |
|---|---|---|---|
|  |  |  |  |

NOTES OF PROCEEDING

RULING: Cont'd to 10-15-07 @ 9:30am

ORDER SUBMITTED IN COURT: _____ TO SUBMIT ORDER WITHIN 10 DAYS _____
CONTINUED FOR ORDER TO BE SUBMITTED TO: _____ AT _____
DECISION WITHHELD _____ BRIEFING SCHEDULE: _____

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.