## ADVERSARY PROCEEDING/MOTION COURT PROCEEDING MEMO

DATE: 9/17/07
TIME 9:30 AM
DKT. NO. _____
CASE NO. 07-61223-WA3-13
AP/MOT NO. 15

IN RE: DOMBROWSKI, FRANK T.     PRESENT __X__

COUNSEL COX     PRESENT __✓__

TRUSTEE BESKIN     PRESENT __✓__

| NAME OF PLAINTIFFS | COUNSEL FOR PLAINTIFFS | PRESENT |
|---|---|---|
| SUNTRUST MORTGAGE INC. | WHITE, ERIC | X |

| NAME OF DEFENDANTS | COUNSEL FOR DEFENDANTS | PRESENT |
|---|---|---|
| DEBTOR AND TRUSTEE | COUNSEL FOR DEBTOR | ✓ |

### TYPE OF HEARING

| | PRE-TRIAL CONF. | | TRIAL | X | MOT. TO LIFT CO-DEBTOR STAY | | LIEN AVOIDANCE |
|---|---|---|---|---|---|---|---|

TYPE: ON REAL PROPERTY LOCATED AT 206 GREAT RUN LAKE, RADIANT VIRGINIA

TRIAL SET: _____ TIME _____ TIME ESTIMATE _____ HRS.

NOTES:

RESPONSE FILED BY CO-DEBTOR 8/29/07

RULING: _Stay to be lifted_

ORDER SUBMITTED IN COURT: _____ TO SUBMIT ORDER WITHIN 10 DAYS __White__

CONTINUED FOR ORDER TO BE SUBMITTED TO: _____ AT _____

DECISION WITHHELD _____ BRIEFING SCHEDULE: _____

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
TERRY KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.