**TRUSTEE NON-ELECTRONIC**

Form 210A (10/06)

DOMBROVA0012

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA, LYNCHBURG DIVISION

In re __FRANK T DOMBROWSKI__    Case No. _____07-61223-WEA_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pusuant to Rule 3001(e)(2), Fed R. Bankr., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Bank of America N A USA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 35480
    Newark NJ 07193-5480

Court Claim # (if known): __1__
Amount of Claim: __349.31__
Date Claim Filed: __07/10/2007__

Phone: __610-644-7800__    Phone: __800-671-2115__
Last Four of Acct #: __5223__    Last Four of Acct #: __5223__
Last Four of Alternate Acct #: __8199__    Last Four of Alternate Acct #: __8199__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Alane A. Becket__    Date: __09/26/2007__
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorney/Agent for Creditor

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BAC70639