**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG-CHARLOTTESVILLE DIVISION**

**In re:**

**FRANK THOMAS DOMBROWSKI,**

        **Debtor.**

**CHAPTER 13**

**CASE NO. 07-61223-WA3-13**

**SUNTRUST MORTGAGE, INC.,**
        **Plaintiff.**

**vs.**

**PAMELA S. DOMBROWSKI, Co-Debtor,**

        **Defendants.**

### ORDER GRANTING RELIEF FROM CO-DEBTOR STAY

The Motion of the Plaintiff, SunTrust Mortgage, Inc., to amend the automatic stay having been heard, to amend the automatic stay having been heard, the Debtor by counsel having consented to relief, and the Co-Debtor being in default;

It appears that the Debtor is the owner of certain real property hereinafter described upon which Plaintiff holds a valid Deed of Trust; that the Plaintiff is entitled to maintain its lien against said property and to pursue such remedies as it may have in its Deed of Trust whereby it obtained such lien; and it

**ORDERED** that the automatic stay of 11 U.S.C., Section 1301 be, and it is hereby, modified to allow the Plaintiff, its successors and assigns to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at 206 Great Run Lake, Radiant, VA 22732, and described as follows:

> **ALL THAT CERTAIN LOT OR PARCEL OF LAND WITH ALL IMPROVEMENTS THEREON AND APPURTENANCES THEREUNTO LYING AND BEING SITUATE IN THE LOCUST DALE MAGISTERIAL DISTRICT OF MADISON COUNTY, VIRGINIA, OFF STATE ROUTE 696, DESIGNATED AS LOT 2, CONTAINING 10.249 ACRES, MORE OR LESS, AS SHOWN AND DESCRIBEDON A PLAT OF SURVEY BY BRUCE W. PARKER, L.S., DATED AUGUST 8, 1996, RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF MADISON COUNTY IN PLAT BOOK 21, PAGE 34; REFERENCE TO SAID PLAT IS MADE FOR A MORE COMPLETE AND PARTICULAR METES AND BOUNDS DESCRIPTION OF PROPERTY HEREIN CONVEYED. TAX MAP PARCEL DESIGNATION IN SAID COUNTY IS 58-9H.**

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290

The Trustee shall be relieved of any and all obligation to cure arrearage due to Plaintiff. The Trustee must receive notice of any claim for deficiency within one hundred twenty (120) days from the entry of the Order to Vacate the Stay, or such deficiency shall be forever waived.

It is further **ORDERED** that the ten (10) day stay is hereby waived and the terms of this Order are immediately enforceable.

Plaintiff shall send copies of this Order, once entered, to the Debtor, Counsel for Debtor, Plaintiff's Counsel, the Chapter 13 Trustee, and any other party entitled to Notice.

Entered this  26th  day of  September,  2007.

_____
JUDGE

I ask for this:
**/s/ ERIC DAVID WHITE**
Eric David White, Esquire, VSBN 21346
Counsel for SunTrust Mortgage, Inc.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

Seen:

**/s/ HERBERT L. BESKIN**
Herbert L. Beskin, Esquire
Chapter 13 Trustee
Post Office Box 2103
Charlottesville, VA 22902