**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG-CHARLOTTESVILLE DIVISION**

**In re:**

**FRANK THOMAS DOMBROWSKI,**

        **Debtor.**

**CHAPTER 13**

**CASE NO. 07-61223-WA3-13**

**SUNTRUST MORTGAGE, INC.,**
        **Plaintiff.**

**vs.**

**FRANK THOMAS DOMBROWSKI**
**AKA FRANK DOMBROWSKI**
**HERBERT L. BESKIN, TRUSTEE,**

        **Defendants.**

## ORDER GRANTING RELIEF FROM DEBTOR STAY

The Motion of the Plaintiff, SunTrust Mortgage, Inc., to amend the automatic stay having been heard, and with all parties or their counsel having endorsed this Order and agreeing to its entry;

It appears that the Debtor is the owner of certain real property hereinafter described upon which Plaintiff holds a valid Deed of Trust; that the Plaintiff is entitled to maintain its lien against said property and to pursue such remedies as it may have in its Deed of Trust whereby it obtained such lien; and it is

**ORDERED** that the automatic stay of 11 U.S.C., Section 362 be, and it is hereby, modified to allow the Plaintiff, its successors and assigns to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at 206 Great Run Lake, Radiant, VA 22732, and described as follows:

> **ALL THAT CERTAIN LOT OR PARCEL OF LAND WITH ALL IMPROVEMENTS THEREON AND APPURTENANCES THEREUNTO LYING AND BEING SITUATE IN THE LOCUST DALE MAGISTERIAL DISTRICT OF MADISON COUNTY, VIRGINIA, OFF STATE ROUTE 696, DESIGNATED AS LOT 2, CONTAINING 10.249 ACRES, MORE OR LESS, AS SHOWN AND DESCRIBEDON A PLAT OF SURVEY BY BRUCE W. PARKER, L.S., DATED AUGUST 8, 1996, RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF MADISON COUNTY IN PLAT BOOK 21, PAGE 34; REFERENCE TO SAID PLAT IS MADE FOR A MORE COMPLETE AND PARTICULAR METES AND BOUNDS DESCRIPTION OF PROPERTY HEREIN CONVEYED. TAX MAP PARCEL DESIGNATION IN SAID COUNTY IS 58-9H.**

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290

The Trustee is hereby relieved of any and all obligations to cure arrearage due and/or make any arrearage payments to Plaintiff pursuant to the Chapter 13 plan.

The Plaintiff must file with the court any claim for deficiency within one hundred twenty (120) days from the entry of the Order to Vacate the Stay, or such deficiency shall be forever waived.

It is further **ORDERED** that the ten (10) day stay is hereby waived and the terms of this Order are immediately enforceable.

Pursuant to Local Rule 9072-1, Counsel for Plaintiff shall send copies of this Order to the Debtor, Counsel for Debtor, Plaintiff's Counsel, the Chapter 13 Trustee, and any other party entitled to Notice.

Entered this  26th  day of  September,  2007.

_____
JUDGE

I ASK FOR THIS:
**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.
Eric David White, Esquire, VSBN 21346
Michael T. Freeman, Esquire, VSBN 65460
Counsel for SunTrust Mortgage, Inc.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

Seen:


**/s/ H. DAVID COX**
H. David Cox, Esquire
Counsel for Debtor
900 Lakeside Drive
Lynchburg, VA 24501


**/s/ HERBERT L. BESKIN**
Herbert L. Beskin, Esquire
Chapter 13 Trustee
Post Office Box 2103
Charlottesville, VA 22902