IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE: Frank Thomas Dombrowski,         CASE NO.: 07-61223
SS#: XXX-XX- 4243

_____         CHAPTER 13
SS#: XXX-XX-_____

**AFFIDAVIT BY DEBTOR(S) REQUESTING CONFIRMATION OF PLAN AND CERTIFYING COMPLIANCE WITH REQUIREMENTS OF 11 U.S.C. SECTION 1325**

STATE OF VIRGINIA
CITY/COUNTY OF Charlottesville

1. THE UNDERSIGNED AFFIRM(S) THAT THE STATEMENTS BELOW ARE TRUE AS OF THE DATE HEREOF AND CERTIFIES THAT THEY WILL BE TRUE AS OF THE DATE OF CONFIRMATION OF MY/OUR CHAPTER 13 PLAN AND MAY BE RELIED UPON BY THE COURT UNLESS NOTICE IN WRITING TO THE CONTRARY IS GIVEN TO THE TRUSTEE AND THE COURT AT OR PRIOR TO SUCH TIME.

2. I/We have made all payments to secured creditors, personal property lessors and taxing authorities which have come due since the date on which this case was filed and which I/we were required to make directly to such creditor, lessor or taxing authority. I/we understand that such payments include all mortgage payments, car payments or other secured debts being paid directly, personal property leases, real estate taxes, personal property taxes, federal income taxes, and state income taxes which have come due since this case was filed.

3. Select either A. or B.:

   _X_ A.  Since the filing of this bankruptcy case, I/we have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation [as that term is defined in 11 U.S.C. section 101(14A)].

   ___ B.  I/We have paid all amounts that first became due and payable after the filing of this bankruptcy case which I/we were required to pay under a domestic support obligation [as that term is defined in 11 U.S.C. section 101(14A)] required by a judicial or administrative order or by statute.

4. I/we have filed all Federal, State, and local tax returns required by law to be filed for all taxable periods ending during the four year period ending on the date of the filing of this bankruptcy case

By signing this affidavit requesting confirmation of chapter 13 plan, I/we acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each of these statements in determining whether to confirm my/our Chapter 13 Plan. I/We understand that the Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

Signed:

/s/ _____
Debtor

/s/ _____
Debtor

Subscribed and sworn to before me, a Notary Public, by the debtors named in this affidavit this 11th day of October, 2007.

/s/ Ashley C. Routt
Notary Public

My commission expires: March 31, 2011
Notary Registration Number: 7092671

(If debtor(s) represented by an attorney): Attorney's Certification

I certify that I am counsel of record for the debtor(s) and that I have reviewed this Affidavit requesting confirmation of Chapter 13 plan with the debtor(s). Further, I certify that I have complied with this Court's Standing Order #10 regarding Chapter 13 Instructions. I am filing a copy of this Affidavit with the Court and with the Chapter 13 Trustee this 11th day of October, 2007.

/s/ _____
Attorney for debtor(s)

Revised March 30, 2007                          2

**(If debtor(s) not represented by an Attorney): Debtor(s) Certification**

(Yes) No    (circle one) I have viewed the DVD of the court's Chapter 13 Instructions.

(Yes) No    (circle one) I have received, read and understand the Court's written Chapter 13 Instructions.

I certify that I am filing via first class mail or via the Court's CM/ECF system a true copy of this Affidavit requesting confirmation of Chapter 13 plan with the Court and with the Chapter 13 Trustee this ___ day of _____, 200 ___.

/s/ _____
Debtor

/s/ _____
Debtor

**Notes to AAffidavit by Debtor(s) Requesting Confirmation of Plan and Certifying Compliance with Requirements of 11 U.S.C. section 1325"**

The attached Affidavit was proposed by the Chapter 13 Trustees in October 2005 as a document which will allow the Debtor(s) to comply with new confirmation requirements of 11 U.S.C. section 1325 that were enacted in 2005. While this form is not mandatory, it will allow the Debtor(s) to provide the information required by that section without having to appear and testify in person or provide other appropriate documentation. If the Debtor(s) do not file this affidavit with the Court in a timely manner prior to the confirmation hearing (at least 10 days prior to the hearing), confirmation may be delayed or denied absent compliance with section 1325 in some other appropriate manner.

This Affidavit was revised in March 2007 to comply with Standing Orders 9 and 10.

Revised March 30, 2007                                    3