# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

IN RE: FRANK T. DOMBROWSKI      CHAPTER 13
        Debtor     CASE NO. 06-60477

### ORDER ON ATTORNEY'S FEE APPLICATION

Upon a hearing on the *17TH* day of *September*, *2007*, the Debtor's Attorney moved the Court for the entry of an order approving the Attorney's Fee Application for representation of the Debtor(s) before this Court on a Petition for the Transfer of Property, and it appearing to the Court that the Attorney fees requested in the sum of *$250.00* is proper and reasonable; it is therefore,

### O R D E R E D

that the Attorney's fees in the amount of $*250.00* be and are hereby approved, and the Debtor(s) are instructed to pay said Attorneys fees directly to their Attorney.

Entered:   October 11, 2007

_____
U.S. Bankruptcy Judge

I ask for this:

/s/ David Cox_____
David Cox
David Wright
COX LAW GROUP, PLLC
Counsel for Debtor(s)
900 Lakeside Drive
Lynchburg, VA  24501


Seen and approved:

/s/ Herbert Beskin_____
Herbert L. Beskin, Trustee
PO Box 2103
Charlottesville VA  22902