**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| In re:   FRANK THOMAS DOMBROWSKI | CASE NO. 07-61223-WA3-13 |
|---|---|
| Debtor(s) | CHAPTER  13 |

### ORDER ON MODIFIED/AMENDED CHAPTER 13 PLAN AND NOTICE OF HEARING

The debtor, having filed a modified/amended plan herein, it is

**ORDERED:**

and notice is hereby given, that written objections to the modified/amended plan are to be filed with the Clerk of this Court at the address shown below, with a copy to the debtor, attorney for the debtor, if any, and the trustee, no later than ten (10) days before the date noted below for the confirmation hearing or twenty-five (25) days after the date of counsel's service of this Order and Notice, whichever is later.

Hearing on confirmation of the modified/amended plan and any timely objections filed will be conducted on December 17, 2007 at 9:30 AM, at US Courthouse, Room 200, 255 W. Main Street, Charlottesville, Virginia  22901.

Counsel for the debtor shall serve a copy of the modified/amended plan and this Order and Notice to all creditors, the trustee, and any and all interested parties within five (5) days of the date of this order and **certify to the Clerk of this Court and the trustee the manner in which service has been made.**

Entered:   October 16, 2007

_____
**WILLIAM E. ANDERSON,  JUDGE**

Clerk, U.S. Bankruptcy Court
1101 Court St., Room 166
Lynchburg, VA 24504

### CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the within Order and Notice, along with the Proposed Modified/Amended Plan, were mailed to all creditors and interested parties.

Dated: _____          _____
                                                                        Counsel for the Debtor

ohapa.frm