## MISCELLANEOUS COURT PROCEEDING MEMO

DATE:        10/15/07
TIME:        9:30 AM
DOCKET #:    32
CASE #:      07-61223-WA3-13
IN RE:       DOMBROWSKI, FRANK T.    PRESENT: _____ X
COUNSEL FOR DEBTOR(S):   COX   PRESENT: _____
TRUSTEE:     BESKIN   PRESENT: _____

TYPE OF HEARING:   MOTION TO EXTEND TIME TO FILE OBJECTION TO DEBTOR'S PROPOSED ADEQUATE
                   PROTECTION PAYMENTS

OTHER PARTIES IN INTEREST:

| CREDITOR: | COUNSEL FOR CREDITOR: | YES | NO |
|---|---|---|---|
| MELODY FRAZIER/FRAZIER INC. | WILKINS, KIMBERLY | | |

NOTES OF PROCEEDING

RULING: _Resolved Plf. - Approved_

ORDER SUBMITTED IN COURT: _____   TO SUBMIT ORDER WITHIN 10 DAYS __Cox__
CONTINUED FOR ORDER TO BE SUBMITTED TO: _____   AT _____
DECISION WITHHELD _____   BRIEFING SCHEDULE: _____

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM.   THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT
TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD.   THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT
BE USED OR INTRODUCED AS EVIDENCE.