# CONFIRMATION HEARING COURT PROCEEDING MEMO

DATE: 11/19/07 Continued
TIME: 9:30 AM
DKT. NO. 44
CASE NO. 07-61223
In re: FRANK T DOMBROWSKI
COUNSEL: COX
TRUSTEE: BESKIN

|  | YES | NO | APPEARANCES: | YES | NO |
|---|---|---|---|---|---|
| RECOMMENDED BY TRUSTEE |  |  | DEBTOR(S) |  |  |
| OBJECTIONS BY CREDITORS |  |  | COUNSEL FOR DEBTOR |  |  |
| FILING FEE PAID | X |  | TRUSTEE |  |  |
| PLAN/MOD. PLAN CONFIRMED |  |  |  |  |  |

|  | DATE | TIME | ON DKT. |
|---|---|---|---|
| CONFIRMATION HEARING CONTD. | 12-17-07 | 9:30 |  |
| S. C. ON DISMISSAL |  |  |  |

## HEARING ON OBJECTIONS

| NAME OF CREDITOR: | COUNSEL FOR CREDITOR: | PRESENT |
|---|---|---|
| . |  |  |
|  |  |  |

## NOTES

| AMENDED CHAPTER 13 PLAN FILED 10/12/2007 (DKT# 44) - Hearing set 12/17/2007 |
|---|
|  |
|  |

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRANCE KEMPSON, LAW CLERK
EVANS & COMPANY, COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.