UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE: FRANK THOMAS DOMBROWSKI             CHAPTER 13
                                            CASE NO. 07-61223

Debtor(s)

## WITHDRAWAL OF PROOF OF CLAIM

Debtor(s), by Counsel, filed a proof of claim on behalf of *VA. DEPT OF TAXATION*, claim *#12*. This is to advise you we wish to withdraw the claim.

The Debtor's Counsel is directed to forward copies to the address set forth below; to the Chapter 13 trustee, and the creditor, *VA DEPARTMENT OF TAXATION, BANKRUPTCY UNIT, P.O. BOX 2156, RICHMOND, VA 23218*

Date: 02/18/08


/s/ David Cox
David Cox
David Wright
Janice Hansen
COX LAW GROUP, PLLC
Counsel for Debtor(s)
900 Lakeside Drive
Lynchburg, VA 24501
(434) 845-2600