UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE: FRANK THOMAS DOMBROWSKI           CHAPTER 13
                                         CASE NO. 07-61223

Debtor(s)

## WITHDRAWAL OF PROOF OF CLAIM

Debtor(s), by Counsel, filed a proof of claim on behalf of *INTERNAL REVENUE SERVICE*, claim *#13*. This is to advise you we wish to withdraw the claim.

The Debtor's Counsel is directed to forward copies to the address set forth below; to the Chapter 13 trustee, and the creditor, *INTERNAL REVENUE SERVICE, INSOLVENCY UNIT, 400 N. 8TH STREET BOX 76, RICHMOND, VA 23219*

Date: 02/21/08

/s/ David Cox
David Cox
David Wright
Janice Hansen
COX LAW GROUP, PLLC
Counsel for Debtor(s)
900 Lakeside Drive
Lynchburg, VA 24501
(434) 845-2600