**210B (10/06)**

# United States Bankruptcy Court

Western District of Virginia
Case No. 07-61223
Chapter 13

In re: Debtor(s) (including Name and Address)

Frank Thomas Dombrowski
15161 Montanus Drive
Culpeper VA 22701

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/08/2008.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: LVNV Funding LLC its successors and assigns as, assignee of Washington Mutual, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/10/08                                                              John W. L. Craig, II
                                                                              **CLERK OF THE COURT**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0423-6           User: adamsm            Page 1 of 1            Date Rcvd: Jul 08, 2008
Case: 07-61223                 Form ID: trc            Total Served: 1

The following entities were served by first class mail on Jul 10, 2008.
  NO NOTICES MAILED.

The following entities were served by electronic transmission on Jul 09, 2008.
2450161       E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 10, 2008**                          **Signature:**   _Joseph Speetjens_