COURT PROCEEDING MEMO
MISCELLANEOUS MATTER

DATE: 6/15/09                          CONTINUED HEARING _____
TIME: 9:30 AM
DOCKET #: 70
CASE #: 07-61223-WA3
IN RE: FRANK T. DOMBROWSKI        PRESENT: X
COUNSEL FOR DEBTOR(S): COX   PRESENT: ✓   By: _____
TRUSTEE: BESKIN                   PRESENT: ✓

TYPE OF HEARING: TRUSTEE'S MOTION TO DISMISS

| PARTIES: | COUNSEL | PRESENT: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| HEARING CONTINUED: | DATE/TIME: |
|---|---|

| RULING: W/d |
|---|
| ORDER DUE: ✓        TO BE TENDERED BY: Beskin |
| ORDER LODGED IN CM ORDERS: |

| UNDER ADVISEMENT: |
|---|
| BRIEFING SCHEDULE: |

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.