# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE: FRANK THOMAS DOMBROWSKI          CHAPTER 13
                                                                       CASE NO. 07-61223

         Debtor(s)

## ATTORNEY'S FEE APPLICATION

Comes now Cox Law Group, PLLC, Counsel for the Debtor(s), herein, and respectfully requests that it be allowed additional compensation for professional services rendered or to be rendered to the Debtor(s), and for defending a Trustee's Motion to Dismiss, that has been filed in this case.

         Debtor(s)' Attorney requests an award of the standard flat fee of $150.00 to be paid by the Trustee.

         WHEREFORE, Debtor(s)' Attorney, Cox Law Group, PLLC, prays that it be allowed additional Attorney fees to be paid under the Debtor(s)' Chapter 13 Plan, by the Trustee, as a priority payment under Section 507 of the U.S. Bankruptcy Code.

Dated: 06/23/09

                                                                       /s/ David H Cox
                                                                       Counsel for Debtor(s)

David Cox
David Wright
Janice Hansen
Heidi Shafer
COX LAW GROUP, PLLC
Counsel for Debtor(s)
900 Lakeside Drive
Lynchburg VA 24501