IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IN RE: )
**Frank Thomas Dombrowski** ) CHAPTER 13
) CASE NO. **07-61223**-WA3-13
)
Debtor(s) )

## O R D E R

Came Herbert L. Beskin, Standing Chapter 13 Trustee, and moved the Court for leave to withdraw the Trustee's Motion for the above-referenced debtor to Show Cause why his Chapter 13 case should not be dismissed; and the Court finding that for good cause, it is accordingly

**ORDERED, ADJUDGED,** and **DECREED**, that the Trustee's Motion for the debtor to Show Cause why his Chapter 13 case should not be Dismissed is hereby withdrawn.

Copies of this Order shall be directed by mail to the Trustee who shall mail copies either by ECF or by U.S. Mail, pursuant to local Rule 9072-1, to the debtor(s), Counsel for the Debtor(s), as their names and addresses appear in the file.

DATED: June 25, 2009

U. S. Bankruptcy Judge

I ask for this:

 /s/ Herbert L. Beskin
Herbert L. Beskin
Chapter 13 Trustee
P O Box 2103
Charlottesville, Virginia  22902
(434) 817-9913