**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE: FRANK THOMAS DOMBROWSKI      )      CHAPTER 13
                                    )      CASE NO. 07-61223
         Debtor(s)                  )
_____ /

**ORDER ON ATTORNEY'S FEE APPLICATION**

The Court having heard the Application for Attorney Fees by Counsel for the Debtor(s) for the additional compensation for professional services performed on the Debtor(s)' behalf.  Accordingly, it is

**O R D E R E D**

That the Application of Attorney fees filed by Cox Law Group, PLLC, in the amount of $150.00 is hereby approved and granted and said amount is fixed as a reasonable fee pursuant to 11 U.S.C., Section 329 for services rendered the Debtor(s) herein, and the same is ORDERED to be paid by the Trustee.

Counsel for the Debtor(s) is directed to mail a copy of this Order to the Debtor(s) and to the Chapter 13 Trustee.

ENTERED:   June 26, 2009

_____
U.S.  Bankruptcy Judge

I ask for this:

 /s/ David Cox_____
David Cox
David Wright
Janice Hansen
Heidi Shafer
COX LAW GROUP, PLLC
Counsel for Debtor(s)
900 Lakeside Drive
Lynchburg VA 24501

Seen and approved:

/s/ Herbert Beskin_____
Herbert L. Beskin, Trustee
PO Box 2103
Charlottesville, VA 22902