# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG   DIVISION

IN RE:   FRANK THOMAS DOMBROWSKI  *          CHAPTER   13
                                         *          CASE NO.   07-61223
                                         *
                Debtor(s)    *
                                     /

## ATTORNEY'S FEE APPLICATION

Comes now the Debtor's Attorney and makes application for additional Attorney fees on the basis of the following information.

1.   Debtor filed Bankruptcy petition before this court on 7/26/2007 at which time the Debtor(s) executed a fee agreement whereby the Debtor's Attorney agreed to represent the Debtors for a set fee through confirmation.

2.   That on 12/27/2007, the Debtor's Chapter 13 Plan was confirmed by Order of this Court.

3.   The Debtor(s) have requested that their Attorney file a MODIFIED PLAN with this court, which said Motion had to be noticed to Creditors and prepared for hearing.

4.   That the Debtor(s) agree that their Attorney is due additional fees in the amount of $250.00 for the preparation of the MODIFIED PLAN.

WHEREFORE, the Debtor(s) and their Attorney hereby request the court to enter an order confirming the additional Attorney's fee, and that said fees shall be paid by the Trustee to the Debtor's Attorney.

Dated:  6/21/2010

/s/ Heidi Shafer

_____
Of Counsel

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG   DIVISION

IN RE:   FRANK THOMAS DOMBROWSKI   *          CHAPTER   13
                                          *          CASE NO.   07-61223
                                          *
                 Debtor(s)       *
                                       /

## NOTICE OF HEARING ON ATTORNEY'S FEE APPLICATION

Please take notice that the above-named Debtor(s) have filed a Modified Plan and Attorney Fee Application, in which Chapter 13 plan payments are **SEE PLAN**.   The Trustee has received $18,150.00 through the date of the plan, and the Debtor(s) will pay $630.00 per month, beginning 3/30/2010, for a period of 36 months in addition to the funds received by the Trustee.   The Modified Plan and an Attorney's Fee Application, true copies of which are attached hereto, shall be submitted to the Honorable William E. Anderson Bankruptcy Judge, for approval on 8/16/2010 at 9:30 AM, or as soon thereafter as the parties may be heard in the U.S. Bankruptcy Court, Courtroom 200, 255 W. Main Street, Charlottesville, VA.

Objections to said Modified Plan and Attorney's Fee Application must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor, no later than five days prior to the hearing date, in order to be heard on 8/16/2010

I do hereby certify that a copy of the Notice, Modified Plan, and the Attorney's Fee Application has been forwarded to all affected creditors on the after mentioned date.

Dated:  6/21/2010

/s/ Heidi Shafer
_____
Of Counsel

Cox Law Group,
David Cox
David E. Wright
Janice R. Hansen
Heidi B. Shafer
Counsel for
900 Lakeside
Lynchburg, VA