**COURT PROCEEDING MEMO**
**MISCELLANEOUS MATTER**

DATE:     AUGUST 16, 2010              __XX__ CONTINUED HEARING
TIME:     9:30 AM
DOCKET #: 78
CASE #:   07-61223
IN RE:    FRANK T. DOMBROWSKI          PRESENT: ✓
COUNSEL FOR DEBTOR(S):   COX/H         PRESENT: ✓  By: Woodruff
TRUSTEE:  BESKIN                       PRESENT: ✓

TYPE OF HEARING:   TRUSTEE'S MOTION TO DISMISS

| PARTIES: | COUNSEL | PRESENT: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| HEARING CONTINUED: ✓ | DATE/TIME: 9-20-10 @ 9:30 AM w/cord. |
|---|---|

| RULING: |
|---|
| ORDER DUE: ✓   TO BE TENDERED BY: Cox |
| ORDER LODGED IN CM ORDERS: |

| UNDER ADVISEMENT: |
|---|
| BRIEFING SCHEDULE: |

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM.  THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD.  THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.