**COURT PROCEEDING MEMO**
**MISCELLANEOUS MATTER**

DATE:        9/20/2010                           CONTINUED HEARING __X__
TIME:        9:30 AM
DOCKET #:    81
CASE #:      07-61223
IN RE:       FRANK T. DOMBROWSKI        PRESENT: _X_ By: _Shafer_
COUNSEL FOR DEBTOR(S): COX/H   PRESENT: _✓_
TRUSTEE:     BESKIN                      PRESENT: _✓_ Scolafero

TYPE OF HEARING:   AMENDED CHAPTER 13 PLAN

| PARTIES: | COUNSEL | PRESENT: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| HEARING CONTINUED: | DATE/TIME: |
|---|---|

RULING: _Approved_

ORDER DUE: ✓        TO BE TENDERED BY: _Beskin_

ORDER LODGED IN CM ORDERS:

UNDER ADVISEMENT:
BRIEFING SCHEDULE:

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.