# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE:   FRANK THOMAS DOMBROWSKI   *           CHAPTER   13
                                   *           CASE NO.  07-61223
                                   *
            Debtor(s)               *
_____     /

## ORDER ON ATTORNEY'S FEE APPLICATION

Upon a hearing on 9/20/2010, the Debtor's Attorney moved the Court for the entry of an order approving the Attorney's fee application for representation of the Debtor(s) before this Court for the preparation and filing of the MODIFIED PLAN and court appearances, and it appearing to the Court that the Attorney's fees requested in the sum of $250.00 is proper and reasonable; it is therefore,

### O R D E R E D

that the Attorney's fees in the amount of $250.00 be and are hereby approved, and the Chapter 13 Trustee is instructed to pay said fees out of the funds paid by the Debtor under the Chapter 13 Plan as an administrative claim.

ENTERED:   September 29, 2010

_____
U.S. Bankruptcy Judge

I ASK FOR THIS:

/s/ David Cox

_____

Cox Law Group,
David Cox
David E. Wright
Janice R. Hansen
Heidi B. Shafer
Counsel for
900 Lakeside
Lynchburg, VA

Seen and

/s/ Herbert L. Beskin, Trustee

_____

Herbert L. Beskin, Trustee
P.O. Box 2103
Charlottesville, VA 22902